# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

| | |
|---|---|
| QUINN NGIENDO,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ASSET CAMPUS USA, LLC, CARDINAL GROUP MANAGEMENT MIDWEST, LLC, and EVEREST CAMPUS WEST, LLC,<br><br>　　　Defendants. | Case No. 2:20-cv-02393-HLT |

## JUDGMENT IN A CIVIL CASE

☐　　Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒　　Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

　　　Pursuant to the Memorandum and Order (Doc. 293), judgment is entered in favor of Defendants Asset Campus USA, LLC, Cardinal Group Management Midwest, LLC, and Everest Campus West, LLC. This case is closed.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　SKYLER O'HARA
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

Dated: April 4, 2023　　　　　　　　　　　　/s/ M. Deaton
　　　　　　　　　　　　　　　　　　　　　　　By Deputy Clerk